UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 13-CV-00023 PAM/AJB

_____

LORI DRONG,

        Plaintiff,

v.                                  NOTICE OF VOLUNTARY
                                        DISMISSAL WITHOUT PREJUDICE

MIG CAPITAL MANAGEMENT, INC.,

        Defendant.

_____

**NOTICE IS HEREBY GIVEN THAT** the Plaintiff in the above-entitled action voluntarily dismisses this matter without prejudice, without costs, disbursements, or attorney's fees to any party and that a judgment of dismissal without prejudice may be entered in the above-entitled action pursuant hereto.

                                    MARTINEAU, GONKO & VAVRECK, PLLC

Dated: April 30, 2013           s/ Mark L. Vavreck                                         .
                                        Mark L. Vavreck, Esq.
                                        Attorney I.D.#0318619
                                        Designers Guild Building
                                        401 North Third Street, Suite 600
                                        Minneapolis, MN 55401
                                        mvavreck@mgvlawfirm.com
                                        Telephone: (612) 659-9500
                                        Facsimile:  (612) 659-9220

                                        ATTORNEY FOR PLAINTIFF